IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARY E. BROWN, | ) | |
| | ) | |
| v. | ) | 3:01-1546 |
| | ) | |
| JOANNE B. BARNHART, Commissioner of Social Security | ) ) | |

ORDER

Before the Court is the Report and Recommendation (R&R) of Magistrate Judge Knowles on cross-motions for judgment on the administrative record. The Magistrate Judge recommended that Plaintiff's motion be denied and Defendant's motion be granted.

Plaintiff has timely filed six objections to the R&R. Defendant has not responded to the objections. The Court has considered the objections and the entire record, and finds the R&R to be well reasoned and correct in its findings of fact and conclusions of law. Plaintiff reasserts in his objections the same issues raised before the Magistrate Judge. Each of these is addressed by the Magistrate in the R&R and the Court adopts the conclusions as its own. The decision of the Secretary is supported by substantial evidence.

For the reasons set forth in the Report and Recommendation of the Magistrate Judge, the Motion for Summary Judgment of the Plaintiff is **DENIED** and the Motion for Summary Judgment of the Defendant is **GRANTED** and this case is **DISMISSED**.

**It is so ordered.**

Thomas A. Wiseman, Jr.
Senior U.S. District Judge